Date of Arrest: **02/20**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Oscar RUIZ-Alvarado<br>AKA: None Known<br>206100948<br>YOB: 1994<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 22-1241MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about February 20, 2022 Defendant Oscar RUIZ-Alvarado, an alien, was found in the United States at or near Wellton, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about November 22, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Will Rubens
JWL for WBR

*Jared Lasley*
Signature of Complainant

Anastasiya Katekhina
Border Patrol Agent

Sworn to before me and subscribed telephonically,

__February 22, 2022__    at    __Yuma, Arizona__
Date                                         City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Oscar RUIZ-Alvarado
AKA: None Known
206100948

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about February 20, 2022, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Tucson, Arizona on or about March 17, 2014. The Defendant has been removed on four previous occasions. The Defendant was most recently removed on or about November 22, 2019, through the port of Nogales, Arizona, subsequent to a conviction in a United States District Court, District of Arizona on or about September 16, 2019, for the crime of reentry of removed alien, a felony.

Agents determined that on or about February 19, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Richard Hiller, Joel Lara, Andre Aguirre.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA John Alvernaz.

_Jared Lasley_
Signature of Complainant

Sworn to before me and subscribed telephonically,

February 22, 2022
Date

Signature of Judicial Officer

## *Probable Cause Statement*

*I, Border Patrol Agent Anastasiya Katekhina, declare under penalty of perjury, the following is true and correct:*

Defendant:               **Oscar RUIZ-Alvarado**

Dependents:              None

**IMMIGRATION HISTORY:**  The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on four (4) previous occasions. The Defendant has been removed a total of four (4) times.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 09/16/2019 | Tucson, Arizona | 8 USC 1326 | CONVICTED |

Narrative:  The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about February 20, 2022, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Tucson, Arizona on or about March 17, 2014. The Defendant has been removed on four previous occasions.  The Defendant was most recently removed on or about November 22, 2019, through the port of Nogales, Arizona, subsequent to a conviction in an United States District Court, District of Arizona on or about September 16, 2019, for the crime of reentry of removed alien, a felony.

Agents determined that on or about February 19, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

*Executed on: February 21, 2022*          Time: *07:46 AM MST*

Signed: *Anastasiya Katekhina, Border Patrol Agent*